LEONA BENNETT v. THE STATE.

No. 6303.    Decided June 22, 1921.

**Misdemeanor—Jury and Jury Law—District Court.**

Where defendant was tried for a misdemeanor in the District Court before a jury of six men, the same was reversible error, as the Constitution requires a jury of twelve men in the District Court. Following Rochelle v. State, recently decided.

Appeal from the District Court of Bowie. Tried below before the Honorable P. A. Turner.

Appeal from a conviction of keeping a bawdy house; penalty, a fine of $200, and twenty days' confinement in the county jail.

The opinion states the case.

*G. C. Barkman,* for appellant.—Cited Whitner v. Belknap, 34 S. W. Rep., 594.

*R. H. Hamilton,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The appellant was convicted of a misdemeanor in the Criminal District Court of Bowie County, the trial having taken place before a jury of six men, over the protest of appellant.

Appellant having been tried in a District Court, the Constitution required a jury of twelve men. The Legislature was not authorized to provide otherwise.

This matter is discussed in detail, accompanied by citation of authorities, in the case of Rudolph Rochelle v. State, 89 Texas Crim. Rep., 592, 232 S. W. Rep., 838, No. 6327, this day decided, to which we refer.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*